**Mark Douglas TICKNOR, Plaintiff–Appellant,**

v.

**HINSBURG, Badge# 672; Reed, Badge# 874, Defendants–Appellees.**

**No. 11–17644.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 10, 2012.*

Filed Sept. 25, 2012.

Mark Douglas Ticknor, Florence, AZ, pro se.

William Hylen, Robert Bruce Washburn, Esquire, Scottsdale City Attorney's Office, Scottsdale, AZ, for Defendants–Appellees.

Before: WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Arizona state prisoner Mark Douglas Ticknor appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging that defendants violated his civil rights in the course of his arrest and criminal prosecution. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment under *Heck v. Humphrey*, 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994), because a judgment in Ticknor's favor on his claims would necessarily imply the invalidity of his criminal conviction for resisting arrest, and Ticknor failed to allege that this conviction has been invalidated. *See id.* at 486–87, 114 S.Ct. 2364.

We construe the judgment as a dismissal without prejudice. *See Trimble v. City of Santa Rosa*, 49 F.3d 583, 585 (9th Cir. 1995) (per curiam).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).